UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY E. LUMM,

       Plaintiff,                              Case No: 1:13-cv-461

v.                                                HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 23, 2014, recommending that this Court reverse the Commissioner's decision and this matter be remanded for payment of benefits. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 19) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for payment of benefits.

A Judgment will be entered consistent with this Order.

Dated: October 14, 2014                                /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge