UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY E. LUMM,

        Plaintiff,                    Case No. 1:13-cv-461

v.                                 HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Clarification of Judgment and Award of Attorney Fees (Dkt 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 28, 2015, recommending that the Motion be granted in part and denied in part. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Clarification of Judgment and Award of Attorney Fees (Dkt 22) is GRANTED IN PART AND DENIED IN PART. Specifically, (1) Plaintiff's disability onset date is December 7, 2009; (2) Plaintiff's motion to set aside the July 12, 2013 ALJ decision is denied; and (3) Plaintiff's motion for attorney's fees is denied without prejudice.

Dated:  August 17, 2015                 /s/Janet T. Neff
                                        JANET T. NEFF
                                        United States District Judge